THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Appellant, *v.* NATHAN L. MILLER, as Comptroller of the State of New York, Respondent. (Actions 1 and 2.)

*People ex rel. N. Y. C. & H. R. R. R. Co.* v. *Miller,* 89 App. Div. 127, affirmed.
(Argued February 9, 1904; decided February 23, 1904.)

APPEALS from orders of the Appellate Division of the Supreme Court in the third judicial department, entered

December 10, 1903, which affirmed determinations of the defendant in imposing a tax upon the relator for the years 1900 and 1901 under section 182 of the Tax Law.

*Ira A. Place* and *Thomas Emery* for appellant.

*John Cunneen, Attorney-General* (*William H. Wood* on the brief), for respondent.

Orders affirmed, with costs, on opinion in *People ex rel. N. Y. C. & H. R. R. R. Co.* v. *Knight* (173 N. Y. 255).

Concur: PARKER, Ch. J., HAIGHT, MARTIN, VANN and CULLEN, JJ. Not sitting: GRAY, J. Not voting: O'BRIEN. J.